FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 04 2026

TAMMY H. DOWNS, CLERK
By: [signature] DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:26CR00166 LPR |
| | ) | |
| v. | ) | 18 U.S.C. §§ 922(g)(1) and 924(e) |
| | ) | 18 U.S.C. § 922(0) |
| RAYMOND JOHNSON | ) | |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT 1**

A. On or about April 21, 2026, the defendant,

RAYMOND JOHNSON,

had been previously and knowingly convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year, including at least three previous convictions for offenses qualifying under 18 U.S.C. § 924(e)(2) that were committed on occasions different from one another]:

1. Robbery, in Mississippi County, Arkansas, Circuit Court in Case Number 47BCR-16-29;
2. Robbery, in Mississippi County, Arkansas, Circuit Court in Case Number 47BCR-17-266;
3. Residential Burglary, in Mississippi County, Arkansas, Circuit Court in Case Number 47BCR-18-162; and
4. Possession of Firearms by Certain Persons, in Mississippi County, Arkansas, Circuit Court in Case Number 47BCR-18-69.

B. On or about April 21, 2026, in the Eastern District of Arkansas, the defendant,

RAYMOND JOHNSON,

knowingly possessed, in and affecting commerce, a firearm, that is: a Glock, model 17, 9mm pistol, bearing serial number BHMR219, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

**COUNT 2**

On or about April 21, 2026, in the Eastern District of Arkansas, the defendant,

RAYMOND JOHNSON,

knowingly possessed a machinegun, that is: any part designed and intended solely and exclusively, and combination of parts designed and intended, for use in converting a weapon into a machinegun.

All in violation of Title 18, United States Code, Section 922(o).

**FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Counts 1 or 2 of this Indictment, the defendant, RAYMOND JOHNSON, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[End of text. Signature page attached.]

☐ NO TRUE BILL. ☑ TRUE BILL.

REDACTED SIGNATURE

FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
United States Attorney

By: REESE LANCASTER
Assistant United States Attorney
Bar No. 2017114
425 West Capitol Ave., Suite 500
Little Rock, Arkansas 72201
(501) 340-2600
Reese.Lancaster@usdoj.gov